# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 21, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

154665 & (19)

JENNIFER GRZEBYK, Guardian of
CEDRIC GRZEBYK, a legally
incapacitated person,
      Plaintiff-Appellee,

v

                                 SC:  154665
                                 COA:  333707
AUTOMOBILE CLUB INSURANCE
ASSOCIATION,                        Oakland CC:  2015-148519-NF
      Defendant-Appellant.

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the September 23, 2016 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 21, 2016

Clerk

a1214